### 19955. FULTON COUNTY *v.* ATLANTA TRAILER CITY TRAILER PARK, INC.

HAWKINS, Justice. This case is controlled by the decision in *City of Atlanta* v. *Atlanta Trailer City Trailer Park, Inc.,* ante.

*Judgment affirmed. All the Justices concur.*

SUBMITTED JANUARY 16, 1958—DECIDED FEBRUARY 10, 1958.

*Harold Sheats,* for plaintiff in error.

*Harry S. McCowen, William H. Major,* contra.